```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   PATRICK TARRANT et al.,                                   :
                              Plaintiffs,                    :
                                                             :   24 Civ. 2011 (LGS)
                 -against-                                   :
                                                             :         ORDER
   CITY OF NEW YORK. et al.,                                 :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a premotion conference was held on June 12, 2024. As discussed at the conference, it is hereby

**ORDERED** that, by **June 21, 2024**, the parties shall file a letter describing the progress of settlement discussions. It is further

**ORDERED** that, if settlement discussions are not productive, Plaintiffs may file an amended complaint no later than **July 10, 2024**. It is further

**ORDERED** that, if Defendants wish to file a motion to dismiss the amended complaint, they shall file a premotion letter by **July 24, 2024**, apprising the Court of whether and how the motion would be substantively different from their prior intended motion and including a joint proposed briefing schedule for the motion. Defendants may include a request for a stay of discovery in the premotion letter. A case management plan and scheduling order will issue separately.

Dated: June 13, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE