**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PATRICK TARRANT and TPH-PROJECT
SERVICES, LLC,

                                    Plaintiff,

          -against-                                               24 **CIVIL** 2011 (MMG)

                                                                  **JUDGMENT**

CITY OF NEW YORK, et al.,

                                    Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 30, 2026, Defendants' motion to dismiss

(Dkt. No. 36) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          March 31, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**          _K. mango_
                              _____
                                        **Deputy Clerk**